USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

JOHNNY MONTEDEOCA,

                Defendants.

**23 CR 0656 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

      The Court hereby schedules a conference in this action for November 15, 2024, at 4:00pm.

**SO ORDERED.**

Dated:    November 6, 2024
          New York, New York

                                Victor Marrero
                                U.S.D.J.