```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              - against -

JOHNNY MONTEDEOCA,

                        Defendants.

**23 CR 0656 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The conference scheduled for November 15, 2024, at 4:00pm is hereby rescheduled to November 15, 2024, at 4:30pm.

**SO ORDERED.**

Dated:    November 14, 2024
              New York, New York

_____
Victor Marrero
U.S.D.J.