```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               - against -

JOHNNY MONTEDEOCA,

                     Defendants.

**23 CR 0656 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the parties' request to adjourn the conference scheduled for January 17, 2025, and refer the matter to the Magistrate Court for a plea hearing. (Dkt. No. 84.) The Court hereby grants the parties' request to adjourn and sets a control date of March 21, 2025, at 10:00am. The Court hereby refers the matter to the Magistrate Court for a plea hearing on January 24, 2025, at 12:00pm.

    It is hereby ordered that time until March 21, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    January 16, 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.