```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

JOHNNY MONTEDEOCA,

           Defendant.

**23 Cr. 656(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing with a control date of March 21, 2025, is hereby adjourned to a control date of May 2, 2025, at 10:00am.

**SO ORDERED.**

Dated:    January 27, 2025
           New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.