UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| JOHNNY MONTEDEOCA, | 23 Cr. 656 (VM) |
| Defendant. | |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah L. Cave on January 24, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for March 21, 2025, at 10:00am.

SO ORDERED:

Dated:   New York, New York

   January 31, 2025

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK